# United States Court of Appeals
# for the Fifth Circuit

No. 21-40259

United States Court of Appeals
Fifth Circuit
**FILED**
November 24, 2021
Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee,*

versus

Jose Roman,

*Defendant—Appellant.*

_____

Application for Certificate of Appealability from the
United States District Court for the Southern District of Texas
USDC No. 7:20-CV-102
_____

ORDER:

IT IS ORDERED that the Appellant's motion for a certificate of appealability is DENIED.

IT IS FURTHER ORDERED that the Appellant's motion to proceed in forma pauperis is DENIED.

James C. Ho
*United States Circuit Judge*

A True Copy
Certified order issued Jan 18, 2022

Lyle W. Cayce
**Clerk, U.S. Court of Appeals, Fifth Circuit**